**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr76**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DEMOND McNEILL.** | ) | |
| | ) | |

     **THIS MATTER** is before the Court *sua sponte* to extend the time within which to file a Plea Agreement.

     The Court finds that the deadline should be extended through August 8, 2008.

     **IT IS, THEREFORE, ORDERED** that any Plea Agreement in this matter shall be filed on or before August 8, 2008.

     **IT IS SO ORDERED**.

Martin Reidinger
United States District Judge

Signed: July 7, 2008